WEIL v. PERELES et al. (Circuit Court of Appeals, Seventh Circuit. May 20, 1910.) No. 1,517. Appeal from District Court of the United States for the Eastern District of Wisconsin. H. K. Butterfield and E. J. Henning, for appellant. T. W. Spence, for appellees.

PER CURIAM. Appeal dismissed pursuant to stipulation, April 28, 1910. See, also, 157 Fed. 419.

---

WESTINGHOUSE AIR BRAKE CO. v. HEIN. (Circuit Court of Appeals, Seventh Circuit. May 20, 1910.) No. 1,654. Appeal from the Circuit Court of the United States for the Northern District of Illinois. Charles S. Buell and Charles P. Abbey, for appellant. D. S. Wegg and Walter H. Chamberlin, for appellee.

PER CURIAM. Appeal dismissed March 10, 1910, pursuant to stipulation. See, also, 172 Fed. 524.

---

BIRMINGHAM, C. & ST. A. R. CO. v. GORDON. (Circuit Court, S. D. New York. May 11, 1910.) Motion to Vacate Summons and Dismiss Suit. Hays, Hershfield & Wolf, for plaintiff. Hornblower, Miller & Potter, for defendant.

NOYES, Circuit Judge. I am not so satisfied that section 1779 of the Code of Civil Procedure of the state of New York, either by itself or in connection with section 1780 of said Code, is in conflict with the provisions of the federal Constitution that I deem it my duty to hold it unconstitutional in deciding this motion. The motion for an order vacating the summons and dismissing the suit is denied.

---

CHATHAM v. DODGE. (Circuit Court, S. D. New York. June 17, 1910.) On Demurrer to Complaint. James P. Niemann, for plaintiff. Daly, Hoyt & Mason (Charles K. Carpenter, of counsel), for defendant.

HAZEL, District Judge. This action is for breach of contract, and the defendant has filed a demurrer to the complaint on the general ground that the complaint does not state facts sufficient to constitute a cause of action. The specific grounds of demurrer are that the contract alleged in the complaint is void for lack of mutuality, and is indefinite in time and revocable without liability to either party. I have examined into the matter, and think the demurrer should be overruled, with costs. Such an order may be entered and the defendant have leave to interpose answer within 20 days.